UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>                              Plaintiff,<br><br>        v.<br><br>CHARAN R. BEHL and<br>HARISH K. PIMPLASKAR,<br><br>                              Defendants. | C.A. No. 06-1327 (RMU) |

## NOTICE OF MOTION AND
## MOTION TO APPOINT TAX ADMINISTRATOR

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Points and Authorities, plaintiff Securities and Exchange Commission ("Commission") moves this Court for an order approving the Commission's Motion to Appoint Tax Administrator, a copy of which is enclosed with this motion. Counsel for the Defendants have informed Plaintiff's counsel that the Defendants do not oppose this motion.

                                                                Respectfully submitted,

Dated: October 26, 2006                    /s/ Ryan Farney
                                                                Ryan Farney [D.C. Bar No. 480888]
                                                                Securities and Exchange Commission
                                                                100 F Street, N.E.
                                                                Washington, D.C. 20549-6041
                                                                (202) 551-4543
                                                                (202) 772-9333 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice Of Motion and Motion to Appoint Tax Administrator, the supporting Memorandum of Points and Authorities, and a proposed Order have been sent by postage-prepaid, first-class U.S. mail, on October 26, 2006 to the following:

Robert S. Moraff, Esq.
Wayne Interchange Plaza I
145 Route 46 West
Wayne, NJ 07470
[Counsel for Defendant Charan R. Behl]

Randall R. Adams, Esq.
Poyner & Spruill LLP
130 South Franklin Street
Rocky Mount, NC 27804
[Counsel for Defendant Harish K. Pimplaskar]

                                                              /s/ Ryan Farney
                                                              Ryan Farney

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>                              Plaintiff,<br><br>         v.<br><br>CHARAN R. BEHL and<br>HARISH K. PIMPLASKAR,<br><br>                              Defendants. | C.A. No. 06-1327 (RMU) |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
## MOTION TO APPOINT TAX ADMINISTRATOR

The Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that the Court enter an Order appointing Damasco & Associates, a certified public accounting firm located in San Francisco, California, as Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case.

By order dated August 31, 2006, the Court entered Final Judgment as to Defendants Charan R. Behl and Harish K. Pimplaskar pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on or about September 5, 2006, defendant Charan R. Behl paid a total of $194,285.20 of prejudgment interest, disgorgement and penalty to the Clerk of this Court (the "Distribution Fund"). On or about September 8, 2006, defendant Harish K. Pimplaskar, pursuant to the Final Judgment, paid a total of $35,000.00 of prejudgment interest, disgorgement and penalty to the Distribution Fund. The Distribution Fund was thereafter

deposited in an interest-bearing account, account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar."

The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. A Tax Administrator, on behalf of the Distribution Fund, should be appointed and authorized to take all necessary steps to enable the Distribution Fund to obtain and maintain the status of a taxable QSF, including the filing of all required elections and statements contemplated by those provisions. The Tax Administrator would cause the Distribution Fund to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF. The reasonable costs, fees, and other expenses incurred in the performance of the Tax Administrator's duties would be paid by the Distribution Fund in accordance with the agreement between the Commission and the Tax Administrator.

In summary, this agreement provides for compensation for services and expenses as follows:

| SERVICE | FUND STATUS | FIXED FEE |
| --- | --- | --- |
| Current year income tax returns, including items 1-6 (below). | Funds with no tax liability | $1250 |
| Current year income tax returns, including items 1-6 (below). | Funds with tax liability | $1550 |
| Delinquent year income tax returns, including items 1-6 (below). | Funds with no tax liability. | $1350 |
| Delinquent year income tax returns, including items 1-6 (below). | Funds with tax liability. | $1650 |
| Loss Carryback (claim for refund) returns. | For all funds. | $550 |

Fixed fee tax compliance services include:[1]

1. Obtain a federal tax identification number ("FEIN") for the QSF.
2. Prepare and file federal and state income tax returns, as required.
3. Where required, calculate quarterly estimated tax payments and provide information to the Court so that payments may be made timely.
4. Make arrangements with the SEC or its agents to pay tax liability.
5. Calculate and recommend retention of a reserve, if necessary, for penalties and interest to be assessed as a result of any late filing of tax returns and late payment of taxes.
6. Determine and comply with tax reporting obligations of the QSF relating to distributions or payments to vendors, if applicable.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order and grant such other relief as the Court deems just and proper.

Dated: October 26, 2006                Respectfully submitted,


                                       /s/ Ryan Farney
                                       Ryan Farney
                                       U.S. Securities and Exchange Commission
                                       100 F St. NE
                                       Washington, DC 20549-6041
                                       Phone: (202) 551-4543

---

[1] These fixed fees include all copying and routine postage expenses. They also include any internal expenses of the Tax Administrator in performing these services, such as facsimile fees and telephone charges. Expenses that are not included are expedited delivery fees (such as Federal Express) and other extraordinary costs, such as extended telephone conferences and reports. Additional tax compliance services and services for the administration of the QSF would be provided at the Commission's request and billed at the Tax Administrator's current rates discounted by 20%.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>            Plaintiff,<br><br>    v.<br><br>CHARAN R. BEHL and<br>HARISH K. PIMPLASKAR,<br><br>            Defendants. | C.A. No. 06-1327 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO APPOINT TAX ADMINISTRATOR**

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this Memorandum of Points and Authorities in support of its Motion to Appoint Tax Administrator in this action.

On July 27, 2006, the Commission filed a settled civil injunctive action in this Court against defendants Harish K. Pimplaskar and Charan R. Behl, alleging that they engaged in insider trading in the securities of Pozen Inc. in violation of the antifraud provisions of the federal securities laws.

Simultaneously with the filing of the Commission's Complaint, and without admitting or denying the allegations in the Commission's complaint, Defendants consented to the entry of final judgments that would permanently enjoin both of them from violating Section 10(b) of the Securities Exchange Act of 1934 [5 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. In addition, Behl agreed to pay a total of $194,285.20 in disgorgement, prejudgment

interest and civil penalty; Pimplaskar agreed to pay a total of $35,000.00 in disgorgement, prejudgment interest and civil penalty. Defendants satisfied their disgorgement obligations under the Final Judgments entered against them by this Court on August 31, 2006 by depositing $194,285.20 and $35,000.00, respectively, into the Registry of this Court. The Clerk of the Court has invested those funds in the Court Registry Investment System where the funds remain pending further order of this Court.

The Commission now submits for the Court's approval a motion to appoint Damasco & Associates, a certified public accounting firm located in San Francisco, California, as Tax Administrator for the above-mentioned funds (collectively, the "Distribution Fund"). The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. A Tax Administrator, on behalf of the Distribution Fund, should be appointed and authorized to take all necessary steps to enable the Distribution Fund to obtain and maintain the status of a taxable QSF, including the filing of all required elections and statements contemplated by those provisions. The Tax Administrator would cause the Distribution Fund to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF. The reasonable costs, fees, and other expenses incurred in the performance of the Tax Administrator's duties would be paid by the Distribution Fund in accordance with the agreement between the Commission and the Tax Administrator. Damasco & Associates has served as Tax Administrator for distribution funds in many other civil actions. *See, e,g,, SEC v. Bear Stearns & Co., Inc., et al.*, 2005 WL 2108670, at *2 (S.D.N.Y. Sept. 2, 2005) (appointing Damasco & Associates as interim tax administrator for funds paid to the Commission by settling parties).

3

The Commission intends to move this Court at a later date for distribution of monies from the Distribution Fund to pay valid claims under the federal securities laws against Behl and Pimplaskar by reason of the securities transactions alleged in the complaint.

## CONCLUSION

The Commission respectfully requests that its motion to appoint Damasco & Associates as Tax Administrator be granted.

Respectfully submitted,

Dated:  October 26, 2006

/s/ Ryan Farney
Ryan Farney [D.C. Bar No. 480888]
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-6041
(202) 551-4543
(202) 772-9333 (fax)