# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Behl & Pimplaskar Distribution Fund in the Order to Appoint Tax Administrator, Civil Action No. 06-1327 (RMU) filed on October 26, 2006.

3. Pursuant to our engagement agreement with the SEC, attached as Exhibit A is a true and correct copy of our invoice for preparation and filing of the tax year 2006 qualified settlement fund tax returns and related tax compliance services for the SEC v Behl & Pimplaskar Distribution Fund.

4. Please remit payment in the amount of $1,550 via wire transfer or check according to the instructions listed on Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2007 in San Francisco, California.

*[signature]*
Jude P. Damasco

**EXHIBIT A**

# Damasco & Associates LLP

PO Box 45719
San Francisco CA 94145-0719

Phone: (650) 712-3870  Fax: (650) 712-3873
FEIN 20-3042202

RYAN FARNEY
SEC V BEHL & PIMPLASKAR DISTRIBUTION FUND

RYAN FARNEY
100 F STREET, N.E.
WASHINGTON DC 20549

Invoice #: 14947
Date: February 23, 2007

Client ID: 8311

06-1327(RMU)
HO-10118

| SEC V BEHL & PIMPLASKAR DISTRIBUTION FUND | |
|---|---|
| PREPARATION AND FILING OF 2006 US AND DC QUALIFIED SETTLEMENT FUND TAX RETURNS. | 1,550.00 |
| New Charges: | $1,550.00 |
| Plus Prior Balance: | 0.00 |
| **New Balance:** | **$1,550.00** |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
244 JACKSON STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94111