UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | | |
| Plaintiff, | : : | Civil Action No.: | 06-1327 (RMU) |
| v. | : : | Document No.: | 8 |
| CHARAN R. BEHL and HARISH K. PIMPLASKAR, | : : : : | | |
| Defendants. | : | | |

**ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS
AND TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations and to Pay Fees and Expenses of Tax Administrator and the supporting Declarations of the Tax Administrator (the "Declarations"), and for good cause shown,

it is this 20th day of March, 2007 hereby **ORDERED:**

1. The Clerk of the Court shall issue two checks: the first shall be issued on CRIS account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar," for the amount of $916.00 payable to Damasco & Associates, for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Charan R. Behl and Harish K. Pimplaskar, Civil Action No. 06-1327 (RMU), 2007 tax returns."

2. The Clerk of the Court shall issue a second check on CRIS account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar," for the amount of $1,550.00 payable to Damasco & Associates, for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation

"SEC v. Charan R. Behl and Harish K. Pimplaskar, Civil Action No. 06-1327 (RMU), Tax Administrator fees for preparation of 2006 tax returns."

3. The Clerk shall send the two checks by overnight mail to:

Damasco & Associates

244 Jackson Street, Fourth Floor

San Francisco, CA 94111

Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

                                                      RICARDO M. URBINA
                                                United States District Judge