UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549,

                        Plaintiff,

       v.

CHARAN R. BEHL and
HARISH K. PIMPLASKAR,

                        Defendants.

C.A. No. 06-1327 (RMU)

## NOTICE OF MOTION AND
## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Points and Authorities, plaintiff Securities and Exchange Commission ("Commission") moves this Court for an order approving the Commission's Motion to Disburse Funds to Pay Tax Obligations, a copy of which is enclosed with this motion. Counsel for the Defendants have informed Plaintiff's counsel that the Defendants do not oppose this motion.

                                              Respectfully submitted,

Dated: August 23, 2007                    /s/ Ryan Farney
                                              Ryan Farney [D.C. Bar No. 480888]
                                              Securities and Exchange Commission
                                              100 F Street, N.E.
                                              Washington, D.C.  20549-6041
                                              (202) 551-4543
                                              (202) 772-9333 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Notice Of Motion and Motion to Disburse Funds to Pay Tax Obligations, the supporting Memorandum of Points and Authorities, and a proposed Order have been sent by postage-prepaid, first-class U.S. mail, on August 23, 2007 to the following:

Robert S. Moraff, Esq.
Wayne Interchange Plaza I
145 Route 46 West
Wayne, NJ 07470
[Counsel for Defendant Charan R. Behl]

Randall R. Adams, Esq.
Poyner & Spruill LLP
130 South Franklin Street
Rocky Mount, NC 27804
[Counsel for Defendant Harish K. Pimplaskar]

/s/ Ryan Farney

Ryan Farney

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARAN R. BEHL and<br>HARISH K. PIMPLASKAR,<br><br>        Defendants. | C.A. No. 06-1327 (RMU) |

## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund in this case.

By order dated August 31, 2006, the Court entered Final Judgment as to Defendants Charan R. Behl and Harish K. Pimplaskar pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on or about September 5, 2006, defendant Charan R. Behl paid a total of $194,285.20 of prejudgment interest, disgorgement and penalty to the Clerk of this Court (the "Distribution Fund"). On or about September 8, 2006, defendant Harish K. Pimplaskar, pursuant to the Final Judgment, paid a total of $35,000.00 of prejudgment interest, disgorgement and penalty to the Distribution Fund. The Distribution Fund was thereafter deposited in an interest-bearing account, account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar." The Distribution Fund

constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated October 26, 2006, the Court appointed Damasco & Associates to fulfill the tax obligations of the Distribution Fund.  Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the 2007 calendar year, the Tax Administrator has determined that the Distribution Fund should make a federal and District of Columbia income tax payment in the amount of $1,200.00 for tax liabilities incurred through the third quarter of 2007.  See Declaration of Jude P. Damasco in Support of Request to Make Tax Payment, attached as Exhibit A.

The Declaration has been reviewed by the undersigned Commission counsel who has no objections.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated:  August 23, 2007                                                   Respectfully submitted,

/s/ Ryan Farney
Ryan Farney [D.C. Bar No. 480888]
U.S. Securities and Exchange Commission
100 F St. NE
Washington, DC 20549-6041
Phone: (202) 551-4543
Fax: (202) 772-9333

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CHARAN R. BEHL and<br>HARISH K. PIMPLASKAR,<br><br>                              Defendants. | C.A. No. 06-1327 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS</u>**

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this Memorandum of Points and Authorities in support of its Motion to Disburse Funds to Pay Tax Obligations.

A.   <u>BACKGROUND</u>

By order dated August 31, 2006, the Court entered Final Judgment as to Defendants Charan R. Behl and Harish K. Pimplaskar in this matter, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the Final Judgment, on or about September 5, 2006, defendant Charan R. Behl paid a total of $194,285.20 of prejudgment interest, disgorgement and penalty to the Clerk of this Court (the "Distribution Fund").  On or about September 8, 2006, defendant Harish K. Pimplaskar, pursuant to the Final Judgment, paid a total of $35,000.00 of prejudgment interest, disgorgement and penalty to the Distribution Fund.  The Distribution Fund was thereafter deposited in an interest-bearing account, account number 1:06-CV-1327, under

the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar." The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated October 26, 2006, the Court appointed Damasco & Associates to fulfill the tax obligations of the Distribution Fund.

### B. THE COMMISSION'S REQUEST FOR AN ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

Pursuant to the Court's October 26, 2006 Order, the Tax Administrator, Damasco & Associates, has determined that the Distribution Fund owes $1,200.00 in tax liability to the United States and to the District of Columbia for the third quarter of tax year 2007. A declaration to that effect prepared by Damasco & Associates' managing partner, Jude Damasco, is attached to the Motion herewith.

The Commission respectfully requests that the Court issue an Order in the form attached hereto ordering the disbursement of funds to pay the Distribution Fund's tax obligations.

## CONCLUSION

The Commission respectfully requests that the Court issue an Order in the form attached hereto ordering the disbursement of funds to pay the Distribution Fund's tax obligations.

Respectfully submitted,

Dated:  August 23 , 2007            /s/ Ryan Farney
                                                   Ryan Farney [D.C. Bar No. 480888]
                                                   Securities and Exchange Commission
                                                   100 F Street, N.E.
                                                   Washington, D.C.  20549-6041
                                                   (202) 551-4543
                                                   (202) 772-9333 (fax)