UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549,

        Plaintiff,

v.

CHARAN R. BEHL and
HARISH K. PIMPLASKAR,

        Defendants.

C.A. No. 06-1327 (RMU)

## (PROPOSED) ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

This Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and for good cause shown,

It is this _____ day of _____, 2007, hereby ORDERED:

The Clerk of the Court shall issue a check, to be issued on CRIS account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar," for the amount of $1,200.00 payable to "Damasco & Associates Trust Account", 700 Monte Vista Lane, Half Moon Bay, CA, 94019, for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Charan R. Behl and Harish K. Pimplaskar, Civil Action No. 06-1327 (RMU), 2007 tax returns." The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE