UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549,

       Plaintiff,

  v.

CHARAN R. BEHL and
HARISH K. PIMPLASKAR,

       Defendants.

C.A. No. 06-1327 (RMU)

## DECLARATION OF RYAN FARNEY

I, Ryan Farney, declare and state the following:

1. I am an attorney in the Division of Enforcement of the U.S. Securities and Exchange Commission (the "Commission"), and I make the statements in this Declaration based upon my personal knowledge.

2. Using data provided by the NASD, the New York Stock Exchange, Instinet Group LLC, Brut, Archipelago Securities, and Nasdaq Execution Services, the staff of the Division of Enforcement determined the identity of the opposing brokers on the opposite side of Harish K. Pimplaskar and Charan R. Behl's (collectively, the "Defendants") sales and short-sales of Pozen Inc. securities on May 28, 2004.

3. After identifying the brokers on the opposite side of the Defendants' trades, the staff requested account information and trading data from those brokers to verify the Defendants' trading activity and to determine the identity of each ultimate end-purchaser of the shares sold and short-sold by the Defendants.

4. Once each end-purchaser was identified, the staff analyzed trading data provided by each end-purchaser's broker to determine if the shares that were purchased on May 28, 2004 were held until the close of the market on June 1, 2004, which is the day that Pozen Inc. announced that the U.S. Food and Drug Administration had not approved its New Drug Application for MT-100, a migraine headache drug.

5.      Each Eligible Claimant listed in the Commission's proposed Distribution Plan has certified that he or she: 1) purchased shares of Pozen Inc. on May 28, 2004; and 2) held all or a portion of those shares until the close of trading on June 1, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2007.


/s/ Ryan Farney_____
**RYAN FARNEY**