UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549,

                      Plaintiff,

    v.

CHARAN R. BEHL and
HARISH K. PIMPLASKAR,

                      Defendants.

FILED

NOV 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

C.A. No. 06-1327 (RMU)

## ORDER APPROVING PLAINTIFF'S PROPOSED PLAN FOR DISTRIBUTION OF DISGORGED ASSETS

The Court having reviewed the Securities and Exchange Commission's Proposed Plan for Distribution of Disgorged Assets, and for good cause shown,

**IT IS HEREBY ORDERED:**

1.    Plaintiff's Proposed Plan for Distribution of Disgorged Assets (the "Distribution Plan") is approved; and

2.    The Clerk of the Court shall issue checks on CRIS account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar," to the following claimants in accordance with the schedule set forth in the Distribution Plan:

| Claimant | Amount to be disbursed: |
|---|---|
| Timothy Mauro<br>345 Little Harbor Road<br>Portsmouth, NH 03801 | $126.00 |
| Deutsche Bank Securities Inc.<br>(attention: Bill Brownlie)<br>60 Wall St.<br>New York, NY 10005 | $347.00 |
| Credit Suisse Securities LLC<br>(attention: Alan Reifenberg)<br>1 Madison Avenue<br>9th Floor<br>New York, NY 10010 | $1,750.00 |

Dated: Nov. 20, 2007

*[signature]*
UNITED STATES DISTRICT JUDGE