**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF**

**REQUEST TO MAKE TAX PAYMENT**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.      I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019.  I am a certified public accountant.

2.      Damasco was appointed as Tax Administrator for the SEC v Behl & Pimplaskar Distribution Fund in the Order to Appoint Tax Administrator, Civil Action No. 06-1327 (RMU) filed on October 26, 2006.

3.      As Tax Administrator, Damasco has determined that the SEC v Behl & Pimplaskar Distribution Fund owes $100 in tax liability for the year 2007.  This tax payment is due December 17, 2007.

4.      A check in the amount of $100 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA  94019.  For timely payment, the check should be received in our office on or before December 7, 2007.

5.      The check will be deposited into a trust account from which the tax payment will be made.  Therefore, the Employer Identification Number that should be written on the check is 20-5829783 because it is for tax payment on behalf of the SEC v Behl & Pimplaskar Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 27, 2007 in Half Moon Bay, California.

Jude P. Damasco