# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Behl & Pimplaskar Distribution Fund in the Order to Appoint Tax Administrator, Civil Action No. 06-1327 (RMU) filed on October 26, 2006.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the tax year 2007 qualified settlement fund tax returns and related tax compliance services for the SEC v Behl & Pimplaskar Distribution Fund.

4. Please remit payment in the amount of $2,015.63 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2007 in Half Moon Bay, California.

Jude P. Damasco

# Damasco & Associates LLP

PO Box 45719
San Francisco, CA 94145-0719
650-726-4100
FEIN 20-3042202

Ryan Farney
SEC V Behl & Pimplaskar Distribution Fund
U.S. Securities & Exchange Commission
100 F Street, Ne
Washington, DC  20549

CATS: HO-10118- Case Number:06-1327 (RMU)

Invoice No.   16976
Date          Wednesday, November 21, 2007
Client No.    008311

---

| SERVICE | AMOUNT |
|---|---:|
| Preparation and Filing of 2007 US and DC Qualified Settlement Fund Tax Returns. | 1675.00 |
| Federal Express Delivery | 16.63 |
| Other Services: Correspondence with Internal Revenue Service re: notice of penalty. | 324.00 |
| Current Amount Due | 2,015.63 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 2,015.63 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019