UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA



SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E,
Washington, DC 20549,

                Plaintiff,

v.

CHARAN R. BEHL and
HARISH K. PIMPLASKAR,

                Defendants.

C.A. No. 06-1327 (RMU)

) ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS AND TO
PAY FEES AND EXPENSES OF TAX ADMINISTRATOR,
AND TO CLOSE DISTRIBUTION FUND

This Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations and to Pay Fees and Expenses of Tax Administrator, and to Close Distribution Fund, and the supporting Declarations of the Tax Administrator, and for good cause shown,

It is this 7th day of December, 2007, hereby ORDERED:

1. The Clerk of the Court shall issue three checks: the first shall be issued on CRIS account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar," for the amount of $850.00 payable to Damasco & Associates LLP Trust Account, for the payment of tax obligations as provided in the Declarations. The check shall contain the notation "SEC v. Charan R. Behl and Harish K. Pimplaskar, Civil Action No. 06-1327 (RMU), 2007 tax returns."

2. The Clerk of the Court shall issue a second check on CRIS account number 1:06-CV-1327, under the case name designation "SEC v. Charan R. Behl and Harish K. Pimplaskar,"

for the amount of $2,015.63 payable to Damasco & Associates LLP, for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Charan R. Behl and Harish K. Pimplaskar, Civil Action No. 06-1327 (RMU), Tax Administrator fees for preparation of 2007 tax returns."

3. The Clerk shall send the first two checks described above to Damasco & Associates, by overnight mail, to:

> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

4. The Clerk of the Court shall issue a third check, representing the entirety of the balance remaining in CRIS account number 1:06-CV-1327 after the above two checks to Damasco & Associates LLP have been issued, to the order of the Securities and Exchange Commission. The check shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury. Upon receipt of such funds, the Office of Financial Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury. The Clerk of the Court shall then close CRIS account number 1:06-CV-1327.

5. If, after paying the tax obligations and fees as provided in the Declarations, Damasco & Associates has any remaining monies leftover, Damasco & Associates shall transmit

those monies by check made out to the Securities and Exchange Commission. The check shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury. Upon receipt of such funds, the Office of Financial Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury.

                                                *Ricardo M. Urbina*
                                          UNITED STATES DISTRICT JUDGE